IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| T&R CHEMICALS, INC. | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| PINOVA, INC. | ) | **JURY TRIAL** |
| | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## COMPLAINT

Plaintiff T&R CHEMICALS, INC. ("Plaintiff" or "T&R") for its Complaint against Defendant PINOVA, INC. ("Defendant" or "Pinova") alleges as follows:

## NATURE OF THE DISPUTE

1. T&R brings this suit against Pinova for tortious interference with its contractual relationship and prospective business relationship with Megara Resins Anastasios Fanis S.A. ("Megara"), T&R's supplier of wood rosin. T&R seeks damages arising from Pinova's ongoing efforts to disrupt T&R's supply of wood rosin and an injunction ordering Pinova to cease interfering with T&R's exclusive supply agreement with Megara.

2. T&R and Pinova have long been competitors in the market for wood rosin derivatives. For many years, Pinova was the largest manufacturer of wood rosin derivatives in the world. T&R, along with its sister company Resinas Sintéticas, S.A. de C.V. ("Resinas"), was the second largest.

3. In April 2023, Pinova experienced a catastrophic fire at its Brunswick, Georgia production facility, leaving Pinova unable to compete effectively against T&R in the relevant

market. As a direct result, Pinova has sought, in bad faith and without justification, to damage T&R by interfering with T&R's supply chain for wood rosin and interfering with T&R's relationships with its major supplier, Megara, and its customers.

## THE PARTIES

4. T&R is a Texas corporation with its principal place of business in Clint, Texas.

5. Pinova is a Delaware corporation with its principal place of business in Brunswick, Georgia.

## JURISDICTION AND VENUE

6. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000, exclusive of interests and costs, and this is a dispute between citizens of different states.

7. This court has general jurisdiction over Pinova because Pinova is incorporated in Delaware.

8. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1331(c) because Pinova is incorporated in Delaware.

## BACKGROUND FACTS

9. Glycerol esters of rosin are highly versatile rosin derivatives used in adhesives, coatings, inks and other markets. Their unique functionality has led to specialized food application in beverages.

10. Glycerol esters of rosin are the best known and most commonly used weighting agents ("BWA") in the flavor and beverage industries.

11. BWAs are added to beverages to increase their density and prevent the separation of flavoring oils or other ingredients from water. They help to create a stable, uniform emulsion of the beverage components and enhance the appearance, mouthfeel and flavor of the product.

12. Glycerol ester of wood rosin ("GEWR") is a type of BWA derived from wood rosin.

13. Beverage manufacturers, including PepsiCo, purchase large volumes of GEWR to use as BWAs, and depend on their vendors to guarantee a reliable supply of GEWR through multi-year contracts.

14. The source material for GEWR, wood rosin, is produced by the solvent extraction of rosin from pine stumps followed by a solvent refining process. That process involves digging up, washing and grinding the pine stumps, and then using steam and pressure to extract the raw wood resin from the ground wood; the raw wood resin is further refined into wood rosin, which is used to make beverage-grade GEWR. The production of wood rosin is resource intensive.

15. T&R purchases wood rosin, and with the help of Resinas, uses it to manufacture GEWR. T&R is a distributor of GEWR.

16. Until April 2023, Pinova was the largest producer of both wood rosin and GEWR in the world. T&R/Resinas was the second largest producer of wood rosin derivatives. However, a catastrophic fire at Pinova's production facility in Brunswick in April 2023 destroyed its core production assets and infrastructure where GEWR was produced. In May 2023, Pinova decided not to re-open its Brunswick facility, thus also ceasing its production of GEWR.

17. On information and belief, the loss of inventory and production capacity left Pinova unable to meet its supply commitments to its customers, including PepsiCo.

18. On information and belief, as a result of the destruction of Pinova's inventory and production capacity, Megara is now the only remaining producer and supplier of wood rosin in the world. T&R/Resinas is now the largest producer of GEWR in the world.

19. For more than 10 years, T&R/Resinas have been purchasing Megara's entire output of wood rosin at prices well above the market prices for more abundant substitute products. That relationship allowed T&R to compete with Pinova in supplying beverage manufacturers with an alternative source of GEWR and a related product, glycerol ester of gum rosin ("GEGR"). It also maintained Megara as an alternative source (to Pinova) for wood rosin – the essential raw ingredient in GEWR – and provided an incentive to Megara to continue investing in its business and equipment.

20. Megara's wood rosin is made from two subspecies of pine tree (p. *halepensis* and *p. brutia*). With Megara's knowledge and cooperation, T&R has invested heavily in attempting to persuade the Joint (FAO/WHO) Expert Committee on Food Additives ("JECFA") and European Union ("EU") authorities to reapprove or refrain from disapproving the use of GEWR made from p. *halepensis* and *p. brutia* as a beverage additive.

21. T&R has been Pinova's largest competitor in the market for wood rosin derivatives for more than ten years. For many years prior to the April 2023 fire, Pinova was aware of T&R's business relationship with Megara and was aware of T&R's long and persistent struggle to prevent certain world bodies, notably JECFA and the EU, from awarding exclusivity to the wood rosin from the two subspecies of pine exclusively controlled by Pinova, thereby excluding Megara's *p. halepensis* and *p. brutia* in GEWR used as a beverage additive.

22. Prior to the April 2023 fire, Pinova manufactured GEWR from two other pine tree species: *p. palustris* and *p. elliottii*. Not surprisingly then, the chief opponent of T&R's and

Megara's efforts to persuade EU authorities in this regard has been Pinova and its parent company, Les Dérivés Résiniques et Terpéniques ("DRT"). Pinova/DRT aggressively lobbied and used other tactics to convince EU authorities to state that GEWR for food and beverages could only be made from *p. palustris* and *p. elliottii* – the pine tree species used by Pinova. Pinova/DRT later used similar tactics to convince EU authorities, for no obvious scientific reason, to state that wood rosin from *p. halepensis and p. brutia* could not be used in GEWR destined for beverages. Pinova's goal was to make it difficult for T&R/Resinas/Megara to compete with Pinova for worldwide sales of GEWR.

23. Beverage manufacturers in the United States, including PepsiCo, purchase GEWR in the United States (previously from Pinova) for use in formulating beverage syrups that they export to their bottlers in Europe and other countries, which do not allow the use of GEGR as an alternative to GEWR in food and beverages.

## T&R'S CONTRACT WITH MEGARA AND PINOVA'S INTERFERENCE

24. In January 2023, after extensive negotiations, T&R sent Megara a Letter of Commitment (the "Commitment"), confirming that T&R/Resinas agreed to purchase 500 metric tons of wood rosin in 2023 and 500 metric tons in 2024 at €2.30 per kilo. T&R also agreed to pay an additional €.60 per kilo on top of the amount Resinas had been paying, for a total of €2.80 per kilo. The Commitment concluded "Megara Resins, and its affiliates in Turkey and Greece, agrees to the sale of this wood rosin product *exclusively* to Resinas Sinteticas/T&R Chemicals, Inc." (emphasis added) A copy of the January 27, 2023 Letter of Commitment is attached as Exhibit A.

25. In a January 30, 2023 email, Megara accepted the Commitment, subject to minor clarifications, to which T&R immediately agreed. A copy of the January 30, 2023 email is

5

attached as Exhibit B. As a result of the Commitment, T&R/Resinas would continue to be the sole purchaser of Megara's wood rosin in 2023 and 2024.

26. The Commitment with Megara enabled T&R to meet its commitments to supply GEWR to its beverage customers and increased T&R's strategic reserve of wood rosin and GEWR in the event that EU regulators stopped their attempts to regulate in favor of Pinova's wood rosin, which was keeping certain large buyers of GEWR away from the T&R/Resinas/Megara GEWR.

27. However, immediately following the fire at its Brunswick facility, Pinova began meddling in T&R's business relationship with Megara. On information and belief, representatives of Pinova/DRT changed course in Europe, representing to Megara that Pinova/DRT could influence EU regulatory bodies to reverse their attempts to prohibit the use of *p. halepensis* and *p. brutia* in GEWR as a beverage additive. Pinova/DRT's dramatic reversal was clearly driven by the fact that Megara was now the only supplier of wood rosin in the world, and only used *p. halepensis* and *p. brutia* to produce wood rosin.

28. Pinova also began negotiating with Megara to purchase a large percentage of the wood rosin Megara had previously agreed to sell to T&R/Resinas.

29. Pursuant to the Commitment, in July 2023, T&R/Resinas issued two purchase orders to Megara for 48 metric tons and 24 metric tons of wood rosin.

30. However, in or about August 2023, Pinova persuaded Megara to sell wood rosin to Pinova, despite the Commitment obligating Megara to sell its wood rosin exclusively to T&R/Resinas in 2023. On information and belief, Pinova eventually purchased approximately 44 metric tons of wood rosin from Megara.

31. Incredibly, Pinova, through its parent company DRT, then offered to sell *some of the very same wood rosin it had purchased from Megara* to T&R/Resinas. In an August 18, 2023 email, Pinova offered to sell T&R/Resinas 54 metric tons of wood rosin in September and a further 54 metric tons of wood rosin in October for $6.00 (approximately €5.60) per kilo. DRT's email offering to sell these amounts ended with the statement, "[t]he above volumes are to support Pepsi." A copy of the August 18, 2023 email is attached as Exhibit C.

32. After the fire at its Brunswick plant and the resulting loss of its inventory and production capacity, Pinova clearly had little, if any, ability to service its customers' GEWR needs, as evidenced by its statement in the August 18 email that "[t]he above volumes are to support Pepsi." Pinova intentionally and in bad faith inserted itself into T&R's supply chain of wood rosin in an ill-conceived attempt to meet those commitments, instead of re-establishing its own supply of wood rosin.

33. On information and belief, representatives of Pinova met with representatives of Megara in Paris, France in September 2023. At that meeting, Pinova's representatives stated that Pinova wanted to enter into an exclusive contract with Megara to purchase its entire supply of wood rosin in 2023 and 2024. Pinova made this proposal despite its knowledge of the longstanding commercial relationship between T&R/Resinas and Megara.

34. Through this, and other conduct, Pinova has purposefully interfered in T&R's business relationship with Megara with the apparent intention of diverting some or all of Megara's wood rosin capacity (all of which Megara had previously agreed to sell exclusively to T&R) to Pinova. Upon information and belief, Pinova took these steps in an effort to avoid losing market share to T&R/Resinas, to save its relationship with PepsiCo and possibly to earn a

profit at the same time—even though, as a result of the fire, Pinova lacked the facilities to process this raw material into GEWR.

35. T&R has not accepted Pinova's offer to sell wood rosin.

36. Pinova's purposeful interference in T&R/Resinas' business relationship with Megara has had other ill effects.

37. Prior to shipping the 72 metric tons of wood rosin to T&R/Resinas, pursuant to the two July 2023 purchase orders, Megara (knowing DRT's higher price offer) insisted on a price increase from €2.80 per kilo to €4.00 per kilo. T&R had no alternative but to agree to the price increase. And, in September, Megara shipped 48 metric tons of wood rosin to T&R/Resinas, pursuant to the first July 2023 purchase order at the new price of €4.00 per kilo.

38. At that time, Megara offered to sell T&R/Resinas an additional 48 metric tons of wood rosin in 2023, but informed T&R/Resinas that future shipments would be priced at €6.00 per kilo, notwithstanding the terms of the Commitment, because that was the price Pinova had agreed to pay.

39. On September 15, 2023, T&R/Resinas reluctantly agreed to the price increase of €6.00 per kilo to secure its continued supply of wood rosin under the Commitment.

40. Thus, Pinova's interference with T&R/Resinas' business and contractual relationship with Megara has resulted in raising the price T&R is required to pay in order to secure wood rosin from Megara by over 114% (from €2.80 to €6.00 per KG FOB Piraeus, GR). In addition, T&R will incur higher costs related to third-party commissions and shipping/customs-related costs, which are calculated based on T&R's cost of the wood rosin. T&R will be forced to pass these additional costs on to its customers, which could lead to lower demand for GEWR or even a loss of customers. In addition to inflation of wood rosin prices,

8

Pinova's interference is disrupting T&R's supply of wood rosin and its relationships with its customers.

41. Further, Pinova's interference with the T&R/Megara relationship has rendered Megara unable to meet the terms of the Commitment, whereby it must supply 500 metric tons of wood rosin *exclusively* to T&R/Resinas in each of 2023 and 2024.

42. On or about September 19, 2023, Megara confirmed that it had already shipped 32 metric tons of wood rosin to Pinova's parent company, DRT, in an apparent breach of the Commitment.

43. On information and belief, in an effort to pressure Megara to further breach the Commitment, Pinova/DRT issued a purchase order to Megara in late September 2023 for hundreds of metric tons of wood rosin.

44. If Megara accepts the Pinova/DRT purchase order for hundreds of metric tons of wood rosin, Megara will be unable to satisfy the terms of the Commitment with T&R/Resinas in 2023 and possibly in 2024, which would render T&R/Resinas unable to meet the demand for GEWR of its existing customers. Indeed, Megara's shipment of 48 metric tons of wood rosin to T&R/Resinas in September 2023, and its commitment to ship another 72 metric tons in 2023, all at prices far above the previously agreed upon price of €2.80 per kilo in 2023, falls well below the 500 metric tons of wood rosin Megara agreed to sell *exclusively* to T&R/Resinas pursuant to the terms of the Commitment.

45. T&R has expressed to Megara that it expects Megara to abide by the terms of the Commitment to sell its wood rosin to T&R exclusively in 2023 and 2024. Thus far, apparently owing to pressure from Pinova, Megara has not yet unequivocally agreed to honor the Commitment for the remainder of 2023 and 2024.

## COUNT I

### (Tortious Interference with Contract)

46. T&R repeats and incorporates by reference each and every allegation set forth in paragraphs 1 through 45 of this Complaint as if fully set forth herein.

47. The Commitment between T&R and Megara is a valid and enforceable contract.

48. Pinova was, at all relevant times, aware of the Commitment and of the exclusive supply agreement between T&R and Megara, as set forth in the Commitment.

49. After T&R and Megara entered into the Commitment, Pinova, intentionally and without justification, induced Megara to breach its exclusive supply agreement with T&R.

50. After T&R and Megara entered into the Commitment, Pinova, intentionally and without justification, induced Megara to raise the prices Megara charged T&R for wood rosin.

51. Pinova's actions as described herein were in bad faith, intended to harm T&R, and were not in pursuit of legitimate profit-seeking activities.

52. On information and belief, Megara would not have breached its agreement with T&R but for Pinova's actions as described herein.

53. T&R has been damaged as a result of Pinova's conduct and is likely to incur significant future damages, if Pinova's actions as described herein are allowed to continue.

## COUNT II

### (Tortious Interference with Prospective Business Relationship)

54. T&R repeats and incorporates by reference each and every allegation set forth in paragraphs 1 through 45 of this Complaint as if fully set forth herein.

55. At all relevant times, Pinova understood the nature of T&R and Megara's business relationship, prior dealings, and negotiations leading to the January 2023 Commitment.

56. By inducing Megara to sell a portion of its limited supply of wood rosin to Pinova instead of T&R, Pinova intentionally interfered with T&R's exclusive business relationship with Megara.

57. By inducing Megara to raise its prices for wood rosin sold to T&R, Pinova intentionally interfered with T&R's business relationship with Megara.

58. Pinova acted as set forth herein in order to harm T&R and not in pursuit of legitimate profit-seeking activities.

59. On information and belief, Megara would have continued its exclusive supply arrangement and its agreed upon pricing with T&R but for Pinova's offer to purchase wood rosin at a premium price.

60. Pinova intentionally and without justification interfered with T&R's prospective business relationship with Megara.

61. T&R was damaged as a proximate result of Pinova's conduct and is likely to incur significant future damages if Pinova's actions as described herein are allowed to continue.

## PRAY FOR RELIEF

WHEREFORE, Plaintiff prays that this Court enter judgment against Defendant and in favor of Plaintiff by:

A. awarding Plaintiff its actual damages;

D. awarding Plaintiff injunctive relief requiring Defendant to cease its interference with Plaintiff's contractual and business relationship with Megara;

E. awarding Plaintiff pre- and post-judgment interest;

F. awarding Plaintiff its reasonable attorneys' fees and costs; and,

G. granting Plaintiff such other and further relief as may be just.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

                              HEYMAN ENERIO
                              GATTUSO & HIRZEL LLP

                              */s/ Dominick T. Gattuso*

OF COUNSEL:                 Dominick T. Gattuso (No. 3630)
                              Denise Seastone Kraft (No. 2778)
Seth Goldberg, Esq.          300 Delaware Ave., Suite 200
STEPTOE & JOHNSON LLP     Wilmington, DE 19801
1330 Connecticut Avenue, NW  (308) 472-7300
Washington DC 20036         dgattuso@hegh.law
(202) 429-3000                  dkraft@hegh.law
sgoldberg@steptoe.com

                              *Attorneys for Plaintiff T&R Chemicals, Inc.*

Anthony G. Hopp, Esquire
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
(312) 577-1249
ahopp@steptoe.com


Dated: October 27, 2023